NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

IN RE GOOGLE INC., ADOBE SYSTEMS INC., AMAZON.COM, INC., APPLE INC., CDW LLC, EBAY INC., JP MORGAN CHASE & CO., NEW FRONTIER MEDIA, INC., ORACLE AMERICA, INC. (FORMERLY KNOWN AS SUN MICROSYSTEMS INC.), PLAYBOY ENTERPRISES INTERNATIONAL, INC., STAPLES, INC., THE GO DADDY GROUP, INC., YAHOO! INC., AND YOUTUBE, LLC,

*Petitioners.*

Miscellaneous Docket No. 968

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 09-CV-0446, Judge Leonard Davis.

ON PETITION

Before FRIEDMAN, *Circuit Judge.*

ORDER

Microsoft Corporation moves for leave to file a brief amicus curiae in support Google Inc. et al. Office Depot

and Perot Systems Corporation move for leave to intervene.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for leave to file a brief amicus curiae is granted.

(2) The motions for leave to intervene are denied. The submissions of Office Depot and Perot Systems Corporation shall be treated as briefs amici curiae.

|  |  |
|---|---|
| **JAN 0 4 2011** | FOR THE COURT |
|  | /s/ Jan Horbaly |
| Date | Jan Horbaly |
|  | Clerk |

cc:  David J. Healey, Esq.
    Douglas E. Lumish, Esq.
    David T. Pritikin, Esq.
    Thomas L. Duston, Esq.
    Paul D. Clement, Esq.
    Stephen K. Shahida, Esq.
    Michael Simons, Esq.
    Kathryn B. Riley, Esq.
    David B. Weaver, Esq.
    Donald R. Steinberg, Esq.
    Proshanto Mukherji, Esq.
    Mike McKool, Jr., Esq.
    Matthew D. McGill, Esq.
    Scott F. Partridge, Esq.
    Kenneth J. Jurek, Esq.
    Clerk, United States District Court For The Eastern District Of Texas

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 4 2011

JAN HORBALY
CLERK

s19